# LAVELLE LAW, LTD.

CHICAGO • LAKE FOREST • BENSENVILLE

501 WEST COLFAX STREET
PALATINE, ILLINOIS 60067

WRITER'S DIRECT LINE:
(847) 705-9698

WRITER'S E-MAIL:
THUGHES@LAVELLELAW.COM

WRITER'S DIRECT FAX:
(847) 241-1702

TELEPHONE (847) 705-7555
FACSIMILE (847) 705-9960

www.lavellelaw.com

KERRY M. LAVELLE
TIMOTHY M. HUGHES
THEODORE M. MCGINN
MATTHEW J. SHEAHIN

CAMERON R. MONTI
WILLIAM TERPINAS, JR.
AMIL ALKASS
JAMES D. VOIGT
ROBERT A. MCKENZIE
GILLIAN L. NAGLER
LANCE C. ZIEBELL

July 6, 2009

Marilyn O. Marshall
200 S. Michigan Avenue Suite 800
Chicago, IL 60604

Re: <u>Alain and Katya Bardak Case No.: 08 B 21533</u>

Dear Ms. Marshall:

In response to your Notice of Payment of Final Mortgage Cure Amount concerning your full paying my client's, Barrington Bank & Trust Company N.A. proof of claim we acknowledge the proof of claim has been full paid by your office. With respect to the assertion that the Debtors are current on post-petition payments we must and do object. Enclosed is my clients worksheet showing the Debtors are behind to my client on their post-petition obligation in the amount of $1,066.29 through June 2009.

Should you have any questions, please do not hesitate to contact me.

Sincerely,
LAVELLE LAW, LTD.

Timothy M. Hughes

cc: Charlotte Neault
   Barrington Bank & Trust
   201 S. Hough Street
   Barrington, IL 60010

   Debtors' counsel: Jean M. Huang
   Debtors: Alain Bardak & Katya C. Bardak

TMH:knk

s/2842/Bardak/ltr to Trustee 7.20.09

**ALAIN BARDAK 9580000093-1**

| Date Due | Amount Billed incl. Late Chgs | Date Paid | Amount Paid | Late Chgs Pd. | Amount Past Due | |
|---|---|---|---|---|---|---|
| 01/20/08 | $266.15 | 01/18/08 | $266.15 | | $0.00 | |
| 02/20/08 | $249.58 | 03/24/08 | $249.58 | | $0.00 | |
| 03/20/08 | $222.71 | 03/24/08 | $222.71 | | $0.00 | |
| 04/20/08 | $209.97 | 05/09/08 | $220.47 | | $0.00 | Included late charges |
| 05/20/08 | $192.62 | 05/21/08 | $182.12 | $10.50 | $0.00 | prev. assessed |

Payments to come from Trustee start here

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/20/08 | $192.62 | | | | | |
| 07/20/08 | $186.41 | | | | | |
| | $379.03 | Total due from Trustee | | | | |
| | ($228.04) | Recd from Trustee 4/20/09 | | | | |
| | ($150.99) | Recd from Trustee 5/22/09 | | | | |
| | $0.00 | Still due from Trustee | | | | |

Payments to come from Bardak's start here

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/20/08 | $201.94 | 12/05/08 | $202.25 | | | Paid by Bardak |
| 09/20/08 | $202.25 | 12/05/08 | $216.04 | | | Paid by Bardak |
| 10/20/08 | $216.04 | 12/05/08 | $183.30 | | | Paid by Bardak |
| 11/20/08 | $183.30 | | | | | |
| 12/20/08 | $164.04 | | | | | |
| 01/20/09 | $151.97 | | | | | |
| 02/20/09 | $143.65 | | | | | |
| 03/20/09 | $130.05 | | | | | |
| 04/20/09 | $142.60 | | | | | |
| 05/20/09 | $132.04 | | | | | |
| Sub Total | $1,047.65 | | | | | |
| | $18.64 | Shortage for Aug - Oct '08 | | | | |
| | **$1,066.29** | Total due from Bardak | | | | |